United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Guillermo Quinones,<br>Plaintiff,<br><br>v.<br><br>William A. Keefer and others,<br>Defendants. | )<br>)<br>)<br>) Civil Action No. 19-24560-Civ-Scola<br>)<br>)<br>) |

**Order Dismissing Case**

This matter is before the Court on an independent review of the record. The Plaintiff initiated this action on November 4, 2019 against three former Assistant United States Attorneys and one current Assistant United States Attorney. (*See generally* ECF No. 1.) Plaintiff Quinones fails to assert a cause of action or any discernable request for relief. For example, the first page of the complaint is titled, "An Authenticated Foreign Document, Hague Convention, 5 October 1961, Affidavit for Public Notice, Honorable Clarifications, Notice of Tort and Notice of Void Judgment." (ECF No. at 1.) The Plaintiff appears to take issue with his 1999 conviction in Case No. 97-cr-00462-FAM. (*Id.* at 4.) The Plaintiff, however, has already filed various petitions for postconviction relief in Case Nos. 01-cv-02615-FAM and 08-cv-22723-FAM. Each petition was denied and affirmed on appeal. The Plaintiff finished serving his sentence in 2016.

The Complaint appears to accuse the Defendants of breaching their fiduciary duty to the Plaintiff and violating a series of federal laws, each of which is listed on pages 18 and 19 of the Complaint. (ECF No. 1 at 18-19.) Cutting through the generally unintelligible language of the Complaint, the Plaintiff prays for the following relief:

> For the foregoing reasons, Guillermo:Quinones®, files the Notice of Tort to this Honorable Court challenging the Prosecutor(s), William A. Keefer; Christopher R.J. Pace; Mike Mulloney; Harry C. Wallace unlawful acts of Jurisdictional Enforcement and Due Process violations that were orchestrated on Cause No. 1:97-CR-00462 over this claimant, Guillermo:Quinones® by William Keefer; Christopher R.J. Pace; Mike Mulloney; and Harry C. Wallace.

(ECF No. 1 at 16.)

"[A] district court has the inherent authority to dismiss a patently frivolous complaint," even when the plaintiff has paid the required filing fee. *Cuyler v. Aurora Loan Services, LLC*, 2012 WL 10488184, at *2 (11th Cir. Dec. 3, 2012). "A complaint is frivolous where it lacks an arguable basis either in law or in fact." *Guthrie v. U.S.* Government, No. 17-80390, 2017 WL 5479877, at *2 (S.D. Fla. March 31, 2017) (Middlebrooks, J.) (citations and quotations omitted). Here, the Complaint is without arguable merit in law or in fact. As a result, this case is **dismissed** under the Court's inherent authority.

The **Clerk** is instructed to **close** this case and **mail** a copy of this order to the Plaintiff at the address listed below. All pending motions, if any, are **denied** as moot.

**Done and ordered**, in chambers, at Miami, Florida on November 12, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Guillermo Quinones
5020 SW 98th Avenue Road
Miami, FL 33165